# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., A NATIONAL ASSOCIATION,<br><div align="right">Appellant,</div><br>vs.<br>SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><div align="right">Respondent.</div> | No. 68385<br><br>**FILED**<br><br>JUN 06 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>CHIEF DEPUTY CLERK |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSETBACKED CERTIFICATES, SERIES 2007-1,<br><div align="right">Appellant,</div><br>vs.<br>PREMIER ONE HOLDINGS, INC.,<br><div align="right">Respondent.</div> | No. 69478 |
| NATIONSTAR MORTGAGE, LLC,<br><div align="right">Appellant,</div><br>vs.<br>SATICOY BAY LLC SERIES 2227 SHADOW CANYON,<br><div align="right">Respondent.</div> | No. 70382 |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, the appeal in Docket No. 68385 is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

Docket No. 68385 was consolidated with Docket Nos. 69478 and 70382 for the limited purpose of oral argument. The clerk of this court is directed to remove Docket No. 68385 from the oral argument

17-18834

calendar for June 13, 2017. Oral argument shall proceed as previously scheduled for Docket Nos. 69478 and 70382.

It is so ORDERED.

_Cherry_, C.J.

cc: Hon. Carolyn Ellsworth, District Judge
  Janet Trost, Settlement Judge
  Ayon Law, PLLC
  Akerman LLP/Las Vegas
  Law Offices of Michael F. Bohn, Ltd.
  Eighth District Court Clerk